UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Leonard Taylor )
)
)
Plaintiff(s), )
)
vs. ) Case No. 4:23-cv-139
)
Richard Adams, & Anne Precythe )
)
)
Defendant(s). )

### NOTICE REQUESTING HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER

Comes now plaintiff  Leonard Taylor  by and through its undersigned counsel, and hereby requests a hearing on its Motion for Temporary Restraining Order on  February 7, 2023  at  4:30pm  or as soon thereafter as may be heard.  Defendant  Richard Adams, & Anne Precythe  ✓ was notified ☐ was not notified  and  ☐ will appear  ☐ will not appear.

/s/Kevin L. Schriener
Signature (Counsel for Plaintiff/Defendant)
Print Name:  Kevin L. Schriener
Address:  231 S. Bemiston Ave., Suite 800
City/State/Zip: Clayton, MO 63105
Phone:  (314) 707-0789

Certificate of Service

I hereby certify that a true copy of the foregoing Notice Requesting Hearing on Motion for Temporary Restraining Order was served (by mail, by hand delivery, or by electronic notice) on all parties on: February 7 , 2022 .

/s/Kevin L. Schriener
Signature