# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| LEONARD TAYLOR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No.  4:23-CV-139 RLW |
| ) | CAPITAL CASE |
| RICHARD ADAMS, et al., ) | Execution Scheduled |
| ) | February 7, 2023 6 p.m. |
| ) | |
| Respondent. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Leonard Taylor, the petitioner in the above-titled case, appeals to the United States Court of Appeals for the Eighth Circuit from the orders denying 1) Leonard Taylor's Preliminary Injunction – Stay of Execution (ECF No. 2) and 2) Motion for Preliminary Injunction and/or Temporary Restraining Order (ECF No. 3) both dated February 7, 2023.

Respectfully submitted,

*/s/ Kevin L. Schriener*
KEVIN L. SCHRIENER, #35490
Law & Schriener, L.L.C.
141 North Meramec Ave., Suite 314
Clayton, Missouri 63105
(314) 721-7095 • Fax: (314) 863-7096
kschriener@SchrienerLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed by using the Case.Net system and thereby served to counsel for Petitioner this 7th day of February, 2023.

*/s/ Kevin L. Schreiner*
Counsel for Plaintiff