# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1217

Leonard S. Taylor

Appellant

v.

Richard Adams and Anne L. Precythe

Appellees

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:23-cv-00139-RLW)

---

## MANDATE

In accordance with the judgment of February 8, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

February 08, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit