**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LEONARD TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:23-CV-139 RLW |
| | ) | |
| RICHARD ADAMS and | ) | |
| ANNE L. PRECYTHE, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

**IT IS HEREBY ORDERED** that this case is **administratively closed**.


**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**


Dated this <u>8th</u> day of February, 2023.